BEGINNING at Tee Bar on the North side of Briarwood Drive and corner to Lot No. 10; thence with the line of Lot No. 10, North 15 deg. 42 min. 15 sec. East 155.0 feet to a Tee-Bar; thence South 74 deg. 17 min. 56 sec. East 110.0 feet to a Tee-Bar and corner to Lot No. 12; thence with the line of Lot No. 12 South 15 deg. 42 min. 15 sec. West 155.0 feet to a Tee-Bar in the North side of Briarwood Drive North 74 deg. 17 min. 45 sec. West 110.0 feet to the beginning.

And being the same property conveyed to the debtors, Joe Bob Easterly and wife, Edna Helen Easterly, by Jack Hammitt and wife, Frances Hammitt, by deed dated January 5, 1979 of record in the Register's Office for Greene County, Tennessee, in Deed Book 349, Page 801,

be, and the same hereby is, declared to be of full force and effect as against the plaintiff, William L. Lancaster, III, Bankruptcy Trustee in this case.

It is further ORDERED that appellee has no right, title, interest or estate in the land described in this deed.

Order Accordingly.

ment was entered in that court and it was appealed to the district court. At the same time, the bankruptcy court entered an order removing a stay of proceedings in the Eastern District of Virginia against the Merchants National Bank of Mobile thereby permitting the bank to proceed, with a provision that the Trustee should be permitted to intervene, its claims in that court.

Pending appeal, the case in the Eastern District of Virginia proceeded to judgment. On August 6, 1982, 681 F.2d 1383, the Eleventh Circuit Court of Appeals rendered a judgment affirming this court save and except this court's decision interpreting rework as a general intangible and held that this claim came against the defendant as an "account" under Ala.Code § 7–9–106 (1975) and stated, "Accordingly, we remand to the district court with instructions to enter judgment for Merchants National Bank on the rework claim." Part of the litigation in the Eastern District of Virginia in this cause involved the rework claim.

This case is remanded to the United States Bankruptcy Court of this district for further proceedings pursuant to the instructions of the Eleventh Circuit Court of Appeals.

The MERCHANTS NATIONAL BANK
OF MOBILE, Plaintiff,

v.

Robert H. CHING, Jr., as Trustee,
Defendant.

Civ. A. No. 80–0813–P.

United States District Court,
S.D. Alabama, S.D.

Nov. 2, 1982.

ORDER

PITTMAN, District Judge.

This cause originated in United States Bankruptcy Court in this district. A judg-

Orange O'MALLEY, Plaintiff/Appellee,

v.

RAPIDAN RIVER FARM,
Defendant/Appellant.

Civ. A. No. 82–574–N.

United States District Court,
E.D. Virginia,
Norfolk Division.

Nov. 4, 1982.